**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  05-cr-00172-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TOMMY LEAKEY,

    Defendant.

**ORDER**

On consideration of the Government's Motion to Disclose Copies of Transcripts of Grand Jury Testimony under Specified Conditions pursuant to Rule 6(e)(3)(E)(I) of the Federal Rules of Criminal Procedure, it is,

**ORDERED** that the copies of the transcripts of testimony given before the Grand Jury and other Grand Jury materials be disclosed to the attorney for the defendant for preparation for trial and that the disclosed copies of the Grand Jury transcripts and materials are not to be produced and are to be retained in the personal custody or office of the attorney.

Dated April 12, 2006, at Denver, Colorado.

                                          **BY THE COURT:**

                                          **s/ Robert E. Blackburn**
                                          **Robert E. Blackburn
                                          United States District Judge**